UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

SANJAY LAFOREST,

               Alleged Debtor.
---------------------------------------------------------x

Chapter 7 – Involuntary
Case No. 21-12021 (MG)

## CONSENT ORDER EXTENDING CERTAIN DATES AND DEADLINES UNDER CASE MANAGEMENT ORDER

**WHEREAS**, on January 28, 2022, an Order Scheduling Case Management Conference was entered in the above-captioned case (*see* ECF Doc. # 29) (the "Case Management Order") establishing, among other things, certain dates and deadlines for conducting and completing discovery; and

**WHEREAS**, on February 15, 2022, a pretrial conference was conducted at which the Court was advised that the parties are presently engaging in settlement discussions; and

**WHEREAS**, in order to facilitate their ongoing settlement discussions, the parties have requested that certain of the dates and deadlines established under the Case Management Order for conducting and completing discovery be extended.

**NOW**, after due deliberation, it is hereby:

**ORDERED**, that responses to any discovery requests served to date shall be served by the respective parties on or before March 4, 2022; and

**ORDERED**, that all fact discovery shall be completed by March 11, 2022; and it is further

**ORDERED**, that all other provisions of the Case Management Order shall remain in effect.

READ AND APPROVED:

    **PICK & ZABICKI LLP**
    Co-counsel to the Petitioning Creditor

By:    __/s/Douglas J. Pick__
        Douglas J. Pick, Esq.

    **RICHARD KISTNEN, ESQ.**
    Counsel to the Alleged Debtor

By:    __/s/Richard Kistnen__
        Richard Kistnen, Esq.

**IT IS SO ORDERED.**

Dated:  February 16, 2022
         New York, New York

                                        __/s/ Martin Glenn__
                                          MARTIN GLENN
                                United States Bankruptcy Judge