**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| SANJAY LAFOREST | Case No. 21-12021-MG |
| Alleged Debtor. | |

------------------------------------------------------------------x

## ORDER APPROVING COMPROMISE AND SETTLEMENT

Upon consideration of Alleged Debtor's application for an order approving compromise and settlement ("Application," ECF Doc. # 31), pursuant to FRBP 9019(a) and LBR 9074-1, for entry of an order approving a stipulation of settlement entered into by Alleged Debtor Sanjay LaForest and Petitioning Creditor Emmut Properties;

and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334;

and it appearing that venue of this involuntary chapter 7 case and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b);

and this Court having determined that the relief requested in the Application is in the best interests of the Alleged Debtor, the Petitioning Creditor, and any other parties in interest;

and this Court having found that proper and adequate notice of the Application and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that no other or further notice is necessary; and after due deliberation thereon;

and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**:

The Application is **GRANTED** to the extent set forth herein.

**ORDERED**, that the stipulation of settlement attached to the Application as Exhibit 2 is approved, and it is further

**ORDERED**, that the instant involuntary bankruptcy case is dismissed.

**IT IS SO ORDERED.**

Dated:  April 4, 2022
              New York, New York

_____/s/ Martin Glenn_____
MARTIN GLENN
Chief United States Bankruptcy Judge
